UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANDON SUTTON, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>DOUG WADDINGTON, )<br>)<br>Respondent. )<br>_____ ) | CASE NO.: C07-1462-MJP-MAT<br><br>ORDER GRANTING THE PARTIES'<br>MOTIONS FOR EXTENSION OF<br>TIME |

The Court, having considered the parties' motions for extension of time, and the balance of the record, does hereby find and ORDER:

(1) Respondent's motion for an extension of time to file his answer to petitioner's federal habeas petition (Dkt. No. 9) is GRANTED. Respondent's answer was received on December 14, 2007, and has been made a part of the record.

(2) Petitioner's motion for an extension of time to file his response to respondent's answer (Dkt. No. 13) is GRANTED. Petitioner shall file and serve his response not later than *January 28, 2008*.

(3) Petitioner's federal habeas petition is RE-NOTED on the Court's calendar for consideration on *February 1, 2008*. Respondent shall file and serve any reply brief by that date.

ORDER GRANTING THE PARTIES'
MOTIONS FOR EXTENSION OF TIME
PAGE -1

01     (4)    The Clerk is directed to send copies of this Order to all counsel of record and to
02 the Honorable Marsha J. Pechman.

03     DATED this 23rd day of January, 2008.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING THE PARTIES'
MOTIONS FOR EXTENSION OF TIME
PAGE -2